

**EXHIBIT B**



# Office of the Secretary of State Jesse White
## CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 00594113 |
| Entity Name | HIGHLAND PARK CVS, L.L.C. |
| Status | ACTIVE |

### Entity Information

Principal Office
1 CVS DRIVE
WOONSOCKET, RI 02895

Entity Type
LLC

Type of LLC
Domestic

Organization/Admission Date
Friday, 24 August 2001

Jurisdiction
IL

Duration

### Agent Information

Name
C T CORPORATION SYSTEM

Address
208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Friday, 24 August 2001

## Annual Report

For Year
2020

Filing Date
Thursday, 25 June 2020

## Managers

Name
Address
CVS PHARMACY, INC.
1 CVS DRIVE
WOONSOCKET, RI 02895

Name
Address
THOMAS S MOFFATT
1 CVS DRIVE
WOONSOCKET, RI 02895

Name
Address
MELANIE K LUKER
1 CVS DRIVE
WOONSOCKET, RI 02895

## Assumed Name

ACTIVE
CVS/PHARMACY #3889

ACTIVE
CVS/PHARMACY #11402

ACTIVE
CVS/PHARMACY #11410

ACTIVE
CVS/PHARMACY #7017

ACTIVE
CVS/PHARMACY #17760

ACTIVE
CVS/PHARMACY #17783

ACTIVE
CVS/PHARMACY #18098

ACTIVE
CVS/PHARMACY #18097

ACTIVE
CVS/PHARMACY #18096

ACTIVE
CVS/PHARMACY #18092

ACTIVE
CVS/PHARMACY #18091

ACTIVE
CVS/PHARMACY #18089

ACTIVE
CVS/PHARMACY #18085

ACTIVE
CVS/PHARMACY #18084

ACTIVE
CVS/PHARMACY #18083

ACTIVE
CVS/PHARMACY #18081

ACTIVE
CVS/PHARMACY #18078

ACTIVE
CVS/PHARMACY #18077

ACTIVE
CVS/PHARMACY #18073

ACTIVE
CVS/PHARMACY #18072

ACTIVE
CVS/PHARMACY #18069

ACTIVE
CVS/PHARMACY #18066

ACTIVE
CVS/PHARMACY #18063

ACTIVE
CVS/PHARMACY #18059

ACTIVE
CVS/PHARMACY #18048

ACTIVE
CVS/PHARMACY #18039

ACTIVE
CVS/PHARMACY #18038

ACTIVE
CVS/PHARMACY #18033

ACTIVE
CVS/PHARMACY #18032

ACTIVE
CVS/PHARMACY #18030

ACTIVE
CVS/PHARMACY #18014

ACTIVE
CVS/PHARMACY #18013

ACTIVE
CVS/PHARMACY #18009

ACTIVE
CVS/PHARMACY #17761

ACTIVE
CVS/PHARMACY #11376

ACTIVE
CVS/PHARMACY #10889

ACTIVE
CVS/PHARMACY #11139

ACTIVE

CVS/PHARMACY #10942

ACTIVE
CVS/PHARMACY #11090

ACTIVE
CVS/PHARMACY #17733

ACTIVE
CVS/PHARMACY #11192

ACTIVE
CVS/PHARMACY #11205

ACTIVE
CVS/PHARMACY #17711

ACTIVE
CVS/PHARMACY #17706

ACTIVE
CVS/PHARMACY #17717

ACTIVE
CVS/PHARMACY #10761

ACTIVE
CVS/PHARMACY #10738

ACTIVE
CVS/PHARMACY #10737

ACTIVE
CVS/PHARMACY #10736

ACTIVE
CVS/PHARMACY #10680

ACTIVE
CVS/PHARMACY #10674

ACTIVE
CVS/PHARMACY #10656

ACTIVE
CVS/PHARMACY #10627

ACTIVE
CVS/PHARMACY #10624

ACTIVE
CVS/PHARMACY #10623

ACTIVE
CVS/PHARMACY #10607

ACTIVE
CVS/PHARMACY #10599

ACTIVE
CVS/PHARMACY #10553

ACTIVE
CVS/PHARMACY #10537

ACTIVE
CVS/PHARMACY #10555

ACTIVE
CVS/PHARMACY #17698

ACTIVE
CVS/PHARMACY #17686

ACTIVE
CVS/PHARMACY #10628

ACTIVE
CVS/PHARMACY #10660

ACTIVE
CVS/PHARMACY #10677

ACTIVE
CVS/PHARMACY #10951

ACTIVE
CVS PHARMACY #17683

ACTIVE
CVS/PHARMACY #16280

ACTIVE
CVS/PHARMACY #16279

ACTIVE
CVS/PHARMACY #16278

ACTIVE
CVS/PHARMACY #16277

ACTIVE
CVS/PHARMACY #16258

ACTIVE
CVS/PHARMACY #16229

| | |
|---|---|
| ACTIVE<br>CVS/PHARMACY #16219 | |
| ACTIVE<br>CVS/PHARMACY #16196 | |
| ACTIVE<br>CVS/PHARMACY #17591 | |
| ACTIVE<br>CVS/PHARMACY #17634 | |
| ACTIVE<br>CVS/PHARMACY #17643 | |
| ACTIVE<br>CVS/PHARMACY #17656 | |
| ACTIVE<br>CVS/PHARMACY #17670 | |
| ACTIVE<br>CVS/PHARMACY #17677 | |
| ACTIVE<br>CVS/PHARMACY #16412 | |
| ACTIVE<br>CVS/PHARMACY #16534 | |
| ACTIVE<br>CVS/PHARMACY #16529 | |
| ACTIVE<br>CVS/PHARMACY #16528 | |
| ACTIVE<br>CVS/PHARMACY #16527 | |
| ACTIVE<br>CVS/PHARMACY #16492 | |
| ACTIVE<br>CVS/PHARMACY #16451 | |
| ACTIVE<br>CVS/PHARMACY #16421 | |
| INACTIVE<br>CVS/PHARMACY #16327 | |
| INACTIVE | |

CVS/PHARMACY #16348

INACTIVE
CVS/PHARMACY #16349

INACTIVE
CVS/PHARMACY #16350

INACTIVE
CVS/PHARMACY #16351

INACTIVE
CVS/PHARMACY #16361

ACTIVE
CVS/PHARMACY #16362

ACTIVE
CVS/PHARMACY #16369

ACTIVE
CVS/PHARMACY #16327

ACTIVE
CVS/PHARMACY #16348

ACTIVE
CVS/PHARMACY #16349

ACTIVE
CVS/PHARMACY #16350

ACTIVE
CVS/PHARMACY #16351

ACTIVE
CVS/PHARMACY #16361

INACTIVE
CVS/PHARMACY #16362

INACTIVE
CVS/PHARMACY #16369

ACTIVE
CVS/PHARMACY #16304

ACTIVE
CVS/PHARMACY #16305

ACTIVE
CVS/PHARMACY #16306

ACTIVE
CVS/PHARMACY #16308

ACTIVE
CVS/PHARMACY #16324

ACTIVE
CVS/PHARMACY #16325

ACTIVE
CVS/PHARMACY #16326

ACTIVE
CVS/PHARMACY #16316

INACTIVE
CVS/PHARMACY #17363

ACTIVE
CVS/PHARMACY #17396

INACTIVE
CVS/PHARMACY #17409

ACTIVE
CVS/PHARMACY #17437

ACTIVE
CVS/PHARMACY #17442

ACTIVE
CVS/PHARMACY #17473

ACTIVE
CVS/PHARMACY #17536

ACTIVE
CVS/PHARMACY #17575

ACTIVE
CVS/PHARMACY #17128

ACTIVE
CVS/PHARMACY #17166

ACTIVE
CVS/PHARMACY #17167

ACTIVE
CVS/PHARMACY #17169

ACTIVE
CVS/PHARMACY #17175

ACTIVE
CVS/PHARMACY #17205

ACTIVE
CVS/PHARMACY #17257

INACTIVE
CVS/PHARMACY #17337

ACTIVE
CVS/PHARMACY #16281

ACTIVE
CVS/PHARMACY #16303

ACTIVE
CVS/PHARMACY #16287

ACTIVE
CVS/PHARMACY #16286

ACTIVE
CVS/PHARMACY #16284

ACTIVE
CVS/PHARMACY #16285

ACTIVE
CVS/PHARMACY #16283

ACTIVE
CVS/PHARMACY #16282

ACTIVE
CVS/PHARMACY #17121

ACTIVE
CVS/PHARMACY #17068

ACTIVE
CVS/PHARMACY #17067

ACTIVE
CVS/PHARMACY #17042

ACTIVE
CVS/PHARMACY #17030

ACTIVE
CVS/PHARMACY #17022

ACTIVE

CVS/PHARMACY #17016

ACTIVE
CVS/PHARMACY #17009

INACTIVE
CVS/PHARMACY #16820

ACTIVE
CVS/PHARMACY #16869

ACTIVE
CVS/PHARMACY #16922

ACTIVE
CVS/PHARMACY #16924

ACTIVE
CVS/PHARMACY #16999

ACTIVE
CVS/PHARMACY #17001

ACTIVE
CVS/PHARMACY #17002

ACTIVE
CVS/PHARMACY #17008

ACTIVE
CVS/PHARMACY #16568

ACTIVE
CVS/PHARMACY #16664

ACTIVE
CVS/PHARMACY #16792

ACTIVE
CVS/PHARMACY #16771

ACTIVE
CVS/PHARMACY #16742

ACTIVE
CVS/PHARMACY #16741

ACTIVE
CVS/PHARMACY #16724

ACTIVE
CVS/PHARMACY #16682

INACTIVE
TARGET PHARMACY

ACTIVE
CVS/PHARMACY # 10470

ACTIVE
CVS/PHARMACY # 10774

ACTIVE
CVS/PHARMACY #8656

ACTIVE
CVS/PHARMACY # 10759

ACTIVE
CVS/PHARMACY # 10467

ACTIVE
CVS/PHARMACY #10052

ACTIVE
CVS/PHARMACY #5887

INACTIVE
CVS/PHARMACY #8638

ACTIVE
CVS/PHARMACY #5960

INACTIVE
CVS/PHARMACY #1045

INACTIVE
CVS/PHARMACY #4189

ACTIVE
CVS/PHARMACY # 2375

ACTIVE
CVS/PHARMACY #7788

INACTIVE
CVS/PHARMACY #4094

INACTIVE
CVS/PHARMACY #520

ACTIVE
CVS/PHARMACY #2510

ACTIVE
CVS/PHARMACY #8946

INACTIVE
CVS/PHARMACY #6389

ACTIVE
CVS/PHARMACY #70

ACTIVE
CVS/PHARMACY #3665

ACTIVE
CVS/PHARMACY #5819

INACTIVE
CVS/PHARMACY #4935

ACTIVE
CVS PHARMACY #8043

ACTIVE
CVS/PHARMACY #7761

ACTIVE
CVS/PHARMACY #4857

ACTIVE
CVS/PHARMACY #4793

ACTIVE
CVS/PHARMACY #3872

INACTIVE
CVS/PHARMACY #8289

ACTIVE
CVS/PHARMACY #8756

ACTIVE
CVS/PHARMACY #7800

ACTIVE
CVS/PHARMACY #7799

ACTIVE
CVS/PHARMACY #7798

ACTIVE
CVS/PHARMACY #7797

ACTIVE
CVS/PHARMACY #7610

ACTIVE

CVS/PHARMACY #7199

ACTIVE
CVS/PHARMACY #7170

ACTIVE
CVS/PHARMACY #7168

ACTIVE
CVS/PHARMACY #7166

ACTIVE
CVS/PHARMACY #7143

ACTIVE
CVS/PHARMACY #7142

ACTIVE
CVS/PHARMACY #7134

INACTIVE
CVS/PHARMACY #7125

ACTIVE
CVS/PHARMACY #6937

INACTIVE
CVS/PHARMACY #6936

ACTIVE
CVS/PHARMACY #5822

ACTIVE
CVS/PHARMACY #5797

INACTIVE
CVS/PHARMACY #5795

ACTIVE
CVS/PHARMACY #5774

INACTIVE
CVS/PHARMACY #5770

ACTIVE
CVS/PHARMACY #5769

ACTIVE
CVS/PHARMACY #5768

ACTIVE
CVS/PHARMACY #5688

ACTIVE
CVS/PHARMACY #5681

ACTIVE
CVS/PHARMACY #5449

ACTIVE
CVS/PHARMACY #5213

ACTIVE
CVS/PHARMACY #5001

ACTIVE
CVS/PHARMACY #4995

ACTIVE
CVS/PHARMACY #4979

ACTIVE
CVS/PHARMACY #4978

ACTIVE
CVS/PHARMACY #4977

ACTIVE
CVS/PHARMACY #4781

ACTIVE
CVS/PHARMACY #4778

ACTIVE
CVS/PHARMACY #4487

ACTIVE
CVS/PHARMACY #4269

ACTIVE
CVS/PHARMACY #4262

ACTIVE
CVS/PHARMACY #3901

INACTIVE
CVS/PHARMACY #3899

INACTIVE
CVS/PHARMACY #3690

INACTIVE
CVS/PHARMACY #3674

ACTIVE
CVS/PHARMACY #3259

| |
|---|
| ACTIVE<br>CVS/PHARMACY #3256 |
| ACTIVE<br>CVS/PHARMACY #3188 |
| ACTIVE<br>CVA/ PHARMACY #3170 |
| ACTIVE<br>CVS/PHARMACY #3163 |
| ACTIVE<br>CVS/PHARMACY #6694 |
| ACTIVE<br>CVS/PHARMACY #6693 |
| ACTIVE<br>CVS/PHARMACY #6679 |
| ACTIVE<br>CVS/PHARMACY #6497 |
| ACTIVE<br>CVS/PHARMACY #6458 |
| ACTIVE<br>CVS/PHARMACY #6455 |
| ACTIVE<br>CVS/PHARMACY #6453 |
| ACTIVE<br>CVS/PHARMACY #6452 |
| ACTIVE<br>CVS/PHARMACY #6451 |
| ACTIVE<br>CVA/PHARMACY #6450 |
| ACTIVE<br>CVS/PHARMACY #6448 |
| ACTIVE<br>CVS/PHARMACY #6447 |
| ACTIVE<br>CVS/PHARMACY #6446 |
| INACTIVE |

CVS/PHARMACY #6445

ACTIVE
CVS/PHARMACY #6444

ACTIVE
CVS/PHARMACY #6390

ACTIVE
CVS/PHARMACY #6389

ACTIVE
CVS/PHARMACY #6388

ACTIVE
CVS/PHARMACY #6386

ACTIVE
CVS/PHARMACY #6385

ACTIVE
CVS/PHARMACY #6373

ACTIVE
CVS/PHARMACY #6372

ACTIVE
CVS/PHARMACY #6371

ACTIVE
CVS/PHARMACY #6370

INACTIVE
CVS/PHARMACY #5989

ACTIVE
CVS/PHARMACY #5987

ACTIVE
CVS/PHARMACY #5978

ACTIVE
CVA/PHARMACY #5913

ACTIVE
CVS/PHARMACY #5836

ACTIVE
CVS/PHARMACY #5829

ACTIVE
CVS/PHARMACY #6935

ACTIVE
CVS/PHARMACY #6933

ACTIVE
CVS/PHARMACY #6932

ACTIVE
CVS/PHARMACY #6931

ACTIVE
CVS/PHARMACY #6930

ACTIVE
CVS/PHARMACY #6929

ACTIVE
CVS/PHARMACY #6927

ACTIVE
CVS/PHARMACY #6926

ACTIVE
CVS/PHARMACY #6924

ACTIVE
CVS/PHARMACY #6923

ACTIVE
CVS/PHARMACY #6922

ACTIVE
CVS/PHARMACY #6921

ACTIVE
CVS/PHARMACY #6897

ACTIVE
CVS/PHARMACY #6887

ACTIVE
CVS/PHARMACY #6886

ACTIVE
CVS/PHARMACY #6885

ACTIVE
CVS/PHARMACY #6866

ACTIVE
CVS/PHARMACY #6857

ACTIVE
CVS/PHARMACY #6849

| ACTIVE<br>CVS/PHARMACY #6845 |
| --- |
| ACTIVE<br>CVS/PHARMACY #6833 |
| ACTIVE<br>CVS PHARMACY #6832 |
| ACTIVE<br>CVS/PHARMACY #6831 |
| ACTIVE<br>CVS/PHARMACY #6830 |
| ACTIVE<br>CVS/PHARMACY #6829 |
| ACTIVE<br>CVS/PHARMACY #6820 |
| ACTIVE<br>CVS/PHARMACY #6819 |
| ACTIVE<br>CVS/PHARMACY #6789 |
| ACTIVE<br>CVS/PHARMACY #6785 |
| ACTIVE<br>CVS/PHARMACY #6701 |
| INACTIVE<br>CVS/PHARMACY #3110 |
| ACTIVE<br>CVS/PHARMACY #2981 |
| ACTIVE<br>CVS/PHARMACY #2942 |
| ACTIVE<br>CVS/PHARMACY #2846 |
| ACTIVE<br>CVS/PHARMACY #2860 |
| ACTIVE<br>CVS/PHARMACY #2862 |
| ACTIVE |

CVS/PHARMACY #2863

ACTIVE
CVS/PHARMACY #2900

ACTIVE
CVS/PHARMACY #2901

ACTIVE
CVS/PHARMACY #2902

ACTIVE
CVS/PHARMACY #2903

ACTIVE
CVS/PHARMACY #2934

ACTIVE
CVS/PHARMACY #2935

ACTIVE
CVS/PHARMACY #2936

ACTIVE
CVS/PHARMACY #2790

ACTIVE
CVS/PHARMACY #2791

ACTIVE
CVS/PHARMACY #2797

ACTIVE
CVS/PHARMACY #2798

ACTIVE
CVS/PHARMACY #2809

INACTIVE
CVS/PHARMACY #2810

ACTIVE
CVS/PHARMACY #2827

ACTIVE
CVS/PHARMACY #2844

ACTIVE
CVS/PHARMACY #2845

ACTIVE
CVS/PHARMACY #2786

ACTIVE
CVS/PHARMACY #2663

ACTIVE
CVS/PHARMACY #2664

ACTIVE
CVS/PHARMACY #2585

ACTIVE
CVS/PHARMACY #2788

ACTIVE
CVS/PHARMACY #788

ACTIVE
CVS/PHARMACY #2713

ACTIVE
CVS/PHARMACY #6748

INACTIVE
CVS/PHARMACY #1054

ACTIVE
CVS/PHARMACY #8926

ACTIVE
CVS/PHARMACY #4396

ACTIVE
CVS/PHARMACY #8948

ACTIVE
CVS/PHARMACY #1768

ACTIVE
CVS/PHARMACY #7020

ACTIVE
CVS/PHARMACY #8980

INACTIVE
CVS/PHARMACY #7017

ACTIVE
CVS/PHARMACY #7760

ACTIVE
CVS/PHARMACY #1172

ACTIVE
CVS/PHARMACY #5619

ACTIVE
CVS/PHARMACY #7970

ACTIVE
CVS/PHARMACY #8949

INACTIVE
CVS/PHARMACY #4688

INACTIVE
CVS/PHARMACY #6373

ACTIVE
CVS/PHARMACY #8910

ACTIVE
CVS/PHARMACY #5482

INACTIVE
CVS/PHARMACY #5602

ACTIVE
CVS/PHARMACY #2692

ACTIVE
CVS/PHARMACY #8531

INACTIVE
CVS/PHARMACY #1676

ACTIVE
CVS/PHARMACY #484

INACTIVE
CVS/PHARMACY #7327

ACTIVE
CVS/PHARMACY #3790

ACTIVE
CVS/PHARMACY #1773

ACTIVE
CVS/PHARMACY #7255

ACTIVE
CVS/PHARMACY #1170

ACTIVE
CVS/PHARMACY #921

INACTIVE

OSCO DRUG #8731

INACTIVE
OSCO DRUG #8741

INACTIVE
OSCO DRUG #8742

INACTIVE
OSCO DRUG #8744

INACTIVE
OSCO DRUG #8699

INACTIVE
OSCO DRUG #8732

ACTIVE
CVS/PHARMACY #8548

ACTIVE
CVS/PHARMACY #8632

ACTIVE
CVS/PHARMACY #8634

ACTIVE
CVS/PHARMACY #8635

ACTIVE
CVS/PHARMACY #8636

ACTIVE
CVS/PHARMACY #8638

ACTIVE
CVS/PHARMACY #8648

ACTIVE
CVS/PHARMACY #8654

ACTIVE
CVS/PHARMACY #8655

INACTIVE
OSCO DRUG #8656

INACTIVE
OSCO DRUG #8740

INACTIVE
OSCO DRUG #8750

ACTIVE
CVS/PHARMACY #8508

INACTIVE
CVS/PHARMACY #8511

ACTIVE
CVS/PHARMACY #8512

INACTIVE
CVS/PHARMACY #8513

INACTIVE
CVS/PHARMACY #8514

INACTIVE
CVS/PHARMACY #8520

INACTIVE
CVS/PHARMACY #8507

INACTIVE
CVS/PHARMACY #8506

ACTIVE
CVS/PHARMACY #8505

INACTIVE
CVS/PHARMACY #8504

ACTIVE
CVS/PHARMACY #8502

ACTIVE
CVS/PHARMACY #8501

ACTIVE
CVS/PHARMACY #8500

INACTIVE
OSCO DRUG #8758

INACTIVE
OSCO DRUG #8749

INACTIVE
OSCO DRUG #8747

INACTIVE
OSCO DRUG #8753

INACTIVE
OSCO DRUG #8755

ACTIVE
OSCO DRUG #8757

INACTIVE
OSCO DRUG #8548

INACTIVE
OSCO DRUG #8632

INACTIVE
OSCO DRUG #8634

INACTIVE
CVS/PHARMACY #8531

ACTIVE
CVS/PHARMACY #8529

ACTIVE
CVS/PHARMACY #8530

ACTIVE
CVS/PHARMACY #8528

ACTIVE
CVS/PHARMACY #8524

INACTIVE
OSCO DRUG #8746

INACTIVE
CVS/PHARMACY #8515

INACTIVE
CVS/PHARMACY #8516

INACTIVE
CVS/PHARMACY #8517

INACTIVE
CVS/PHARMACY #8519

INACTIVE
OSCO DRUG #8759

INACTIVE
OSCO DRUG #8760

INACTIVE
OSCO DRUG #8761

ACTIVE

CVS/PHARMACY #8540

INACTIVE
OSCO DRUG #8752

INACTIVE
OSCO DRUG #8751

ACTIVE
CVS/PHARMACY #8533

ACTIVE
CVS/PHARMACY #8536

INACTIVE
CVS/PHARMACY #8660

ACTIVE
CVS/PHARMACY #8661

ACTIVE
CVS/PHARMACY #8663

INACTIVE
OSCO DRUG #8735

INACTIVE
OSCO DRUG #8736

INACTIVE
OSCO DRUG #8737

INACTIVE
OSCO DRUG #8738

INACTIVE
OSCO DRUG #8739

INACTIVE
OSCO DRUG #8743

INACTIVE
OSCO DRUG #8745

INACTIVE
OSCO DRUG #8635

INACTIVE
OSCO DRUG #8695

INACTIVE
OSCO DRUG #8698

INACTIVE
OSCO DRUG #8733

INACTIVE
OSCO DRUG #8734

INACTIVE
CVS/PHARMACY #8758

INACTIVE
OSCO DRUG #8515

INACTIVE
OSCO DRUG #8514

INACTIVE
OSCO DRUG #8513

INACTIVE
OSCO DRUG #8512

INACTIVE
OSCO DRUG #8505

INACTIVE
OSCO DRUG #8506

INACTIVE
OSCO DRUG #8529

INACTIVE
OSCO DRUG #8530

INACTIVE
OSCO DRUG #8531

INACTIVE
OSCO DRUG #8533

INACTIVE
OSCO DRUG #8536

INACTIVE
OSCO DRUG #8540

ACTIVE
CVS/PHARMACY #8753

INACTIVE
CVS/PHARMACY #8755

INACTIVE
CVS/PHARMACY #8757

INACTIVE
OSCO DRUG #8693

INACTIVE
OSCO DRUG #8694

INACTIVE
OSCO DRUG #8692

INACTIVE
OSCO DRUG #8691

INACTIVE
OSCO DRUG #8686

INACTIVE
OSCO DRUG #8683

INACTIVE
CVS/PHARMACY #8694

ACTIVE
CVS/PHARMACY #8692

ACTIVE
CVS/PHARMACY #8693

INACTIVE
OSCO DRUG #8667

INACTIVE
OSCO DRUG #8663

INACTIVE
OSCO DRUG #8661

INACTIVE
OSCO DRUG #8660

INACTIVE
OSCO DRUG #8656

INACTIVE
OSCO DRUG #8655

INACTIVE
OSCO DRUG #8654

INACTIVE
OSCO DRUG #8638

INACTIVE

| |
|---|
| OSCO DRUG #8636 |
| INACTIVE<br>CVS/PHARMACY #8743 |
| INACTIVE<br>CVS/PHARMACY #8759 |
| ACTIVE<br>CVS/PHARMACY #8744 |
| ACTIVE<br>CVS/PHARMACY #8745 |
| ACTIVE<br>CVS/PHARMACY #8746 |
| ACTIVE<br>CVS/PHARMACY #8747 |
| ACTIVE<br>CVS/PHARMACY #8749 |
| ACTIVE<br>CVS/PHARMACY #8750 |
| ACTIVE<br>CVS/PHARMACY #8751 |
| ACTIVE<br>CVS/PHARMACY #8752 |
| INACTIVE<br>OSCO DRUG #8504 |
| ACTIVE<br>CVS/PHARMACY #8760 |
| ACTIVE<br>CVS/PHARMACY #8761 |
| INACTIVE<br>OSCO DRUG #8500 |
| INACTIVE<br>OSCO DRUG #8501 |
| INACTIVE<br>OSCO DRUG #8519 |
| INACTIVE<br>OSCO DRUG #8520 |

| | |
|---|---|
| INACTIVE | OSCO DRUG #8524 |
| INACTIVE | OSCO DRUG #8528 |
| INACTIVE | OSCO DRUG #8511 |
| INACTIVE | OSCO DRUG #8502 |
| INACTIVE | OSCO DRUG #8507 |
| INACTIVE | OSCO DRUG #8508 |
| INACTIVE | OSCO DRUG #8648 |
| INACTIVE | OSCO DRUG #8516 |
| INACTIVE | OSCO DRUG #8517 |
| ACTIVE | CVS/PHARMACY #8698 |
| ACTIVE | CVS/PHARMACY #8691 |
| ACTIVE | CVS/PHARMACY #8686 |
| ACTIVE | CVS/PHARMACY #8683 |
| ACTIVE | CVS/PHARMACY #8667 |
| ACTIVE | CVS/PHARMACY #8739 |
| ACTIVE | CVS/PHARMACY #8738 |
| ACTIVE | CVS/PHARMACY #8737 |
| ACTIVE | CVS/PHARMACY #8736 |

| |
|---|
| ACTIVE<br>CVS/PHARMACY #8735 |
| ACTIVE<br>CVS/PHARMACY #8734 |
| INACTIVE<br>CVS/PHARMACY #8733 |
| INACTIVE<br>CVS/PHARMACY #8732 |
| ACTIVE<br>CVS/PHARMACY #8695 |
| ACTIVE<br>CVS/PHARMACY #8731 |
| ACTIVE<br>CVS/PHARMACY #8699 |
| ACTIVE<br>CVS/PHARMACY #8740 |
| ACTIVE<br>CVS/PHARMACY #8741 |
| ACTIVE<br>CVS/PHARMACY #8742 |
| ACTIVE<br>CVS/PHARMACY #4787 |
| ACTIVE<br>CVS/PHARMACY #7208 |
| ACTIVE<br>CVS/PHARMACY #1161 |
| ACTIVE<br>CVS/PHARMACY #833 |
| ACTIVE<br>CVS/PHARMACY #7181 |
| ACTIVE<br>CVS/PHARMACY #4787 |

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.          Thu Feb 11 2021